■ THE PEOPLE OF THE STATE OF NEW YORK v HECTOR LAFFOSSE. — Motion to take a new appeal granted, and this court's order entered on December 11, 1980 (79 AD2d 894) vacated; determination of the appeal held in abeyance; assigned counsel relieved and appellant's time in which to perfect appeal enlarged, all as indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Sullivan, Ross and Kassal, JJ.